IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01192-RPM

DANIEL LESNIEWSKI,

     Plaintiff,

v.

BUDGET CONTROL SERVICES, INC. a/k/a BCS, Inc.,

     Defendant.

_____

### ORDER OF DISMISSAL
_____

     Upon review of the Unopposed Motion to Dismiss with Prejudice [Doc. 7], it is

     ORDERED that this action is dismissed with prejudice, each party to pay their own costs and fees except as provided in their separate settlement agreement.

     DATED:   September 9th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge